```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21698
   LATANIA D REYNOLDS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6965


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/19/2007 and was not confirmed.

     The case was dismissed without confirmation 03/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED          1573.78           .00            .00
PEAK 5                    UNSECURED         10630.77           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          16940.74           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED          5696.07           .00            .00
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00            .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE    16824.84            .00            .00
CITY OF CHICAGO WATER DE  SECURED             374.61           .00            .00
ELDORADO RESORTS CORPORA  SECURED NOT I   NOT FILED            .00            .00
FLATIRON FINANCIAL SERVI  SECURED VEHIC    10695.00            .00        1042.83
FLATIRON FINANCIAL SERVI  UNSECURED       NOT FILED            .00            .00
LITTON LOAN SERVICING     CURRENT MORTG         .00            .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE     2000.00            .00            .00
AMERICAN EXPRESS BANK     UNSECURED         3364.52            .00            .00
LVNV FUNDING LLC          UNSECURED         4004.11            .00            .00
RICHARD A SNOW            NOTICE ONLY     NOT FILED            .00            .00
LVNV FUNDING LLC          UNSECURED         8143.20            .00            .00
CCA                       UNSECURED       NOT FILED            .00            .00
CREDIT ONE BANK           UNSECURED       NOT FILED            .00            .00
DIVERSIFIED ADJUSTMENT B  UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          399.71            .00            .00
MONTEREY FINANCIAL        UNSECURED          939.77            .00            .00
RJM AQUISITIONS FUNDING   UNSECURED       NOT FILED            .00            .00
RMI/MCSI                  UNSECURED          250.00            .00            .00
WEST ASSET MANAGEMENT     UNSECURED       NOT FILED            .00            .00
MONTEREY FINANCIAL        SECURED           1300.00            .00          77.92
SPRINT-NEXTEL CORP        UNSECURED         1221.09            .00            .00
LVNV FUNDING LLC          UNSECURED          595.67            .00            .00
GLEASON & GLEASON LLC     DEBTOR ATTY       2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                           301.21
DEBTOR REFUND             REFUND                                          1,818.04

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 21698 LATANIA D REYNOLDS
```

```
TRUSTEE                                     5,740.00

PRIORITY                                                         .00
SECURED                                                     1,120.75
UNSECURED                                                        .00
ADMINISTRATIVE                                              2,500.00
TRUSTEE COMPENSATION                                          301.21
DEBTOR REFUND                                               1,818.04
                                         ---------------  ---------------
TOTALS                                      5,740.00        5,740.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 07 B 21698 LATANIA D REYNOLDS